**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**UNITED STATES OF AMERICA,**

    Plaintiff,

**v.**                                         **CIVIL ACTION NO. 3:09-CR-22(1)**
                                              **(JUDGE GROH)**

**GILBERT COLEMAN SHEPHERD
a/k/a "GILL,"**

    Defendant.

## ORDER DENYING *PRO SE* MOTION FOR RECONSIDERATION

On this day, the above-styled matter came before the Court for consideration of the Defendant's *pro se* letter filed on June 24, 2013 [Doc. 100], which this Court construes as a motion for reconsideration of the Court's prior Order Denying *Pro Se* Motion for Early Termination or Modification of Supervised Release [Doc. 93], entered on February 13, 2013.

There is no provision in the Federal Rules of Criminal Procedure governing motions for reconsideration. Nevertheless, this Court entertains such motions where they are alleged to be based upon manifest error of law or fact or newly discovered evidence.

In this Court's February 13, 2013 Order, it considered the factors contained in 18 U.S.C. §3583(e)(1) and ultimately concluded that early termination of the Defendant's supervised release was not warranted, and that the interests of justice would best be served by continuing the Defendant's supervision. In his motion for reconsideration, the Defendant does not present any evidence or advance any argument different from that

contained in his original motion.

**ACCORDINGLY**, the Defendant's Motion for Reconsideration **[Doc. 100]** is **DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record and/or *pro se* parties.

**DATED:** July 2, 2013.

GINA M. GROH
UNITED STATES DISTRICT JUDGE